AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP -1 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN**  **DISTRICT OF**  **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Ulises Aguirre Romero

AKA:   Ulises Aguirre-Romero

IAE   YOB:   1983
the United Mexican States
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-16- 1624 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 1, 2016__ in __Brooks__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Falfurrias, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Ulises Aguirre Romero was encountered by Border Patrol Agents near Falfurrias, Texas on September 1, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 27, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 14, 2009, through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 8, 2006, the defendant was convicted of Possession of Substances with intent to use to Manufacture Schedule I or II Controlled Substances and sentenced to five (5) years confinement.

Continued on the attached sheet and made a part of this complaint:   [ ] Yes   [X] No

Approved by: Linda Reavenez, AUSA
9/1/16

Sworn to before me and subscribed in my presence,

September 1, 2016

Signature of Complainant
Julio Ibarra       Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer